# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SANDRA CARTER,**
Appellant,

v.

**WAL-MART STORES, INC.,**
Appellee.

No. 4D19-682

[July 9, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 2017CA00971XXXMB.

Steven C. Rubino of Rubino Findley, PLLC, Boca Raton, for appellant.

Daniel J. Santaniello and Daniel S. Weinger of Luks, Santaniello, Petrillo & Cohen, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***